IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**THE STATE OF ARKANSAS,**  **PLAINTIFF**
**EX REL. TIM GRIFFIN,**
**ATTORNEY GENERAL**

v.  CASE NO. 4:22-cv-00549-JM

**ELI LILLY AND COMPANY; et al.**  **DEFENDANTS**

# ORDER

Pursuant to the Notices of Voluntary Dismissal entered at docket numbers 92, 93 and 94, Defendants Optum Inc., OptumRX Holdings, LLC and United Health Group, Inc. are dismissed from this action.

IT IS SO ORDERED this 11th day of May, 2023.

_____
UNITED STATES DISTRICT JUDGE